UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

HEIDI M. McCARTHY,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

NO. CV-11-150-WFN

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 20th day of February, 2013.

                              SEAN F. McAVOY
                              Clerk of Court

                    by:    s/Penny Lamb
                            Deputy Clerk

cc: all counsel